DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DEMOND JAMES HAYDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:11-cr-00038 LJO |
| ) | |
| *Plaintiff,* ) | STIPULATION AND ORDER TO CONTINUE |
| ) | SENTENCING HEARING |
| v. ) | |
| ) | |
| DEMOND JAMES HAYDEN, ) | DATE:  September 23, 2011 |
| ) | TIME:   9:00 A.M. |
| *Defendant.* ) | JUDGE: Hon. Lawrence J. O'Neill |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for August 19, 2011, **may be continued to September 23, 2011 at 9:00 A.M.**

This continuance is at the request of defense counsel to allow time for proper preparation of the sentencing hearing. Based on the presentence investigation report by the probation department, defense feels it is necessary to acquire certain court documents relating to Mr. Hayden's prior convictions. Additionally, because Mr. Hayden has been housed at the Lerdo facility, reviewing documents and meeting with the client has been more difficult. If the court were to grant defense's requested continuance, defense is confident it would have all necessary investigation completed and its sentencing memorandum filed in a timely fashion as well by the requested date.

///

///

Because this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: August 9, 2011         By:   /s/ Elana S. Landau
                                        ELANA S. LANDAU
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: August 9, 2011         By:   /s/ Charles J. Lee
                                        CHARLES J. LEE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        DEMOND JAMES HAYDEN

## **O R D E R**

**Good Cause exists as stated in the stipulation. The request is granted.**

IT IS SO ORDERED.

**Dated:   August 9, 2011**               /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE